AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMETRIUS STRINGER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 125-052

SHERIFF GINO BRANTLEY, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated July 3, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case without prejudice. This civil action stands closed.

| | | |
|---|---|---|
| 7/3/2025 | | John E. Triplett, Clerk of Court |
| Date | | Clerk |
| | | *(signature)* |
| | | (By) Deputy Clerk |

GAS Rev 10/2020